UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
**Nicolle J. Rutherford**

CASE NO.: 24-47199
CHAPTER: 13
JUDGE: Hage

DEBTOR.

_____/

**OBJECTION TO PROOF OF CLAIM #9-1**
**FILED BY MICHIGAN DEPARTMENT OF TREASURY**

Debtor, by and through Counsel, objects to the proof of claim filed by the MICHIGAN DEPARTMENT OF TREASURY, and states as follows:

1. Debtor filed for Bankruptcy protection on or about January 22, 2024.

2. On January 7, 2025, creditor, the MICHIGAN DEPARTMENT OF TREASURY, filed Proof of Claim #9-1. According to the Claim, Nicolle J. Rutherford had a liability for the 2022 income tax year in the amount of $10,308.00. This amount was overstated due to an error regarding the calculation of her income in the initial 2022 tax return.

3. According to Ms. Rutherford's Amended 2022 income tax return, she had a liability for the 2022 tax year in the amount of $1,758.00.

4. As such, the liability per Claim #9-1 is overstated.

5. A Proposed Order is attached as Exhibit "1."

   **WHEREFORE,** Debtor requests this Honorable Court will adjust the creditor's claim accordingly.


Dated: 6/6/2026

Respectfully submitted,


/s/ Dario Ianni
Dario Ianni (P67517)
Frego and Associates
Attorneys for Debtor(s)
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

IN THE MATTER OF:

**Nicolle J. Rutherford**

CASE NO.: 24-47199
CHAPTER: 13

DEBTOR.

JUDGE: Hage

_____/

## **NOTICE OF OBJECTION TO CLAIM**

Debtor has filed an objection to your claim in this bankruptcy case.

**Your rights may be reduced, modified or denied.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to deny or change your claim, then on or before  July 16, 2026, you or your attorney must:

1.      File with the court a written response to the objection, explaining your position at:[1]

United State Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI  48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

FREGO & ASSOCIATES, 23843 JOY ROAD, DEARBORN HEIGHTS, MI 48127
Tammy L. Terry, Chapter 13 Trustee, 20750 Civic Center Drive, Suite 290, Southfield, MI 48076
Nicolle J. Rutherford, 15745 Ryland, Redford, MI 48239

2.      Attend the hearing on the objection, scheduled to be held on  **July 23, 2026**  , at 10:00 a.m. (or as soon after as counsel can be heard) in Courtroom 1925, 211W. Fort St., Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney, OR unless, due to Covid-19, the Court changes the manner in which the hearing will be held.

3.      **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: 6/6/2026

/s/ Dario Ianni
Dario Ianni (P67517)
Frego and Associates
Attorneys for Debtor(s)
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

---

[1]*Response or answer must comply with F.R.Civ. P. 8(b), (c) and (e).*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Nicolle J. Rutherford**                                CASE NO.:  24-47199
                                                         CHAPTER:  13
                       DEBTOR.                           JUDGE:       Hage
_____/

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM
### OF MICHIGAN DEPARTMENT OF TREASURY, CLAIM #9-1

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the court having heard the matter in open court and for the reasons stated on the record:

**NOW THEREFORE, IT IS HEREBY ORDERED that:**

1. MICHIGAN DEPARTMENT OF TREASURY's Proof of CLAIM #9-1 shall be adjusted to reflect that MICHIGAN DEPARTMENT OF TREASURY shall have a Class 7 Priority Claim in the amount of $3,122.87, and,

2. MICHIGAN DEPARTMENT OF TREASURY's Proof of CLAIM #9-1 shall be adjusted to reflect that MICHIGAN DEPARTMENT OF TREASURY shall have a Class 9 General Unsecured Claim in the amount of $162.00.


Exhibit 1

***"PROPOSED ORDER"***

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
**Nicolle J. Rutherford**                                      CASE NO.: 24-47199
                                                              CHAPTER: 13
                    DEBTOR.                                    JUDGE:     Hage
_____/

**PROOF OF SERVICE**

I, Dario Ianni, hereby certify that on **6/6/2026** I electronically filed Debtor's **OBJECTION TO PROOF OF CLAIM FILED BY THE MICHIGAN DEPARTMENT OF TREASURY, CLAIM #9-1** in said case with the Clerk of the Court using the E.C.F. system which will send notification of such filing to the following parties:

TRUSTEE:    TAMMY L. TERRY: mieb_ecfadmin@det13.net

/s/ Dario Ianni_____
Dario Ianni (P67517)
Frego and Associates
Attorneys for Debtor(s)
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

and I, Peter J. Ramik, Jr., hereby certify that I have mailed the above-referenced documents and Certificate of Service of same, by depositing said copies in the U.S. mail, postage prepaid, and properly addressed to the following addresses listed below:

CREDITOR(S):

Michigan Department of Treasury          Katina Litterini
Bankruptcy Unit, P.O. Box 30168          Bureau Director
Lansing, MI  48909                       Michigan Department of Treasury
                                         P.O. Box 30168
                                         Lansing, MI 48909

/s/ Peter J. Ramik, Jr.
Peter J. Ramik, Jr.
An Employee of:
Frego & Associates- The Bankruptcy Law
Office
23843 Joy Rd.
Dearborn Heights, MI  48127
(313) 724-5088
fregolaw@aol.com

Label Matrix for local noticing
0645-2
Case 24-47199-prh
Eastern District of Michigan
Detroit
Sat Jun  6 08:19:46 EDT 2026

Affirm
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601-1112

Mark E. Bredow
Randall S. Miller & Associates P.C.
43252 Woodward Avenue
Suite 180
Bloomfield Hills, MI 48302-5066

Bridge Lending Solutions
PO Box 481
Lac Du Flambeau, WI 54538-0481

Bright Lending Credit
PO  Box 578
Hays, MT 59527-0578

Brinks Home Security
Dept CH 8628
Palatine, IL 60055-8628

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Congress Collection West
28552 Orchard Lake Road
701 Snow Rd, Ste C
Lansing, MI 48917-4087

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

Cheryl Cook
251 Diversion Street
Rochester Hills, MI 48307-2209

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

ECMC
Attn Bankruptcy Department
PO Box 16408
Saint Paul, MN 55116-0408

Education Department Office of General
400 Maryland Ave. S.W. Rm #6E353
Washington, DC 20202-2110

Exeter Finance LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

Exeter Finance LLC c/o AIS Portfolio Service
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Moe Freedman
3030 W. Grand Blvd.
Ste. 10-200
Detroit, MI 48202-6030

James P. Frego II
Frego & Assc.-The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights, MI 48127-1480

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Jill M. Gies (UST)
211 W. Fort St.
Suite 700
Detroit, MI 48226-3263

IRS
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Dario D. Ianni
Frego & Associates
23843 Joy Rd
Dearborn Heights, MI 48127-1480

JJ MARSHALL
28820 MOUND ROAD
WARREN MI 48092-5510

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Lakeview Loan Servicing, LLC
c/o Nationstar Mortgage LLC Attn Bankrup
PO Box 619096
Dallas, TX 75261-9096

| | | |
|---|---|---|
| Latitude Subrogation Services<br>6785 Telegraph Rd<br>Ste 400<br>Bloomfield Hills, MI 48301-3149 | Susana E. Lykins<br>Sottile and Barile Attorneys at Law<br>394 Wards Corner Road<br>Suite 180<br>Loveland, OH 45140-8362 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mawkwa Finance<br>PO BOX 343, Lac du<br>Lac Du Flambeau, WI 54538-0343 | Merrick Bank/Card Works<br>Attn: Bankruptcy<br>P.O. Box 5000<br>Draper, UT 84020-5000 | Michigan Department of Treasury/ Bankruptcy<br>POB 30168, Lansing, MI 48909.<br>(517) 241-5002 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Mr Cooper/United Wholesale Mortgage<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas, TX 75261-9098 | (p)NORTHERN STAR LENDING LLC<br>PO BOX 818<br>KESHENA WI 54135-0818 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Right Now Loan<br>PO Box 4102<br>Clearlake, CA 95422-4101 | Nicolle J. Rutherford<br>15745 Ryland<br>Redford, MI 48239-3987 | State of Michigan<br>Dept. of Treasury/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 |
| State of Michigan Department of Treasury<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202-6030 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Tammy L. Terry<br>Office of the Chapter 13 Trustee Tammy L<br>20750 Civic Center Drive<br>Ste 290<br>Southfield, MI 48076-4147 | U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | US Attorney<br>Civil Division - EDMI<br>211 W. Fort St.<br>Ste. 2001<br>Detroit, MI 48226-3220 |
| David Samuel Wilkinson<br>Frego & Associates, P.L.C.<br>23843 Joy Road<br>Dearborn Heights, MI 48127-1480 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dsnb Bloomingdales<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Exeter Finance LLC<br>Attn: Bankruptcy<br>Po Box 166008<br>Irving, TX 75016 | Lakeview Loan Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road |

Mohela/dept Of Ed                       Northern Star Lending                    PORTFOLIO RECOVERY ASSOCIATES, LLC
633 Spirit Drive                        PO Box 818                              POB 41067
Chesterfield, MO 63005                  Keshena, WI 54135                       Norfolk, VA 23541


(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005




          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Consumer Portfolio Services         (u)Exeter Finance LLC                    (u)LakeView Loan Servicing, LLC
P.O. Box 57071
Irvine, CA  92619-7071



(u)Andrew R. Vara                      End of Label Matrix
                                       Mailable recipients    51
                                       Bypassed recipients     4
                                       Total                  55