**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **Nicolle J. Rutherford,** | **Case No: 24-47199** |
| **Debtor.** | **Judge Hage** |

_____/

### <u>ORDER DISMISSING DEBTOR'S BANKRUPTCY CASE</u>

This matter having come before this Honorable Court on the Motion of the Debtor, for an Order Dismissing Debtor's Chapter 13 Bankruptcy Case, and the Court being fully advised in the premises; therefore,

**IT IS HEREBY ORDERED** that the Debtor's Chapter 13 Bankruptcy is Dismissed.

**Signed on July 22, 2026**



/s/ Paul R. Hage
_____
**Paul R. Hage**
**United States Bankruptcy Judge**